## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ERNEST AFAM OFOEDU | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER:  3:04 CV 1707(PCD) |
| | : | |
| ST. FRANCIS HOSPITAL AND | : | |
| MEDICAL CENTER, CATHERINE | : | |
| SZENCZY and CAROL SCHUSTER | : | JULY 15, 2008 |
| Defendants. | : | |

### DEFENDANTS' VERIFIED BILL OF COSTS

Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 54, the prevailing parties in this action, Defendants St. Francis Hospital and Medical Center, Catherine Szenczy and Carol Schuster, hereby submit this verified Bill of Costs.

On September 14, 2006, the Court entered judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of Defendants on all counts of Plaintiff's Complaint. On December 4, 2006, Plaintiff filed his Notice of Appeal with the United States Court of Appeals for the Second Circuit.  On July 2, 2008, the Court of Appeals issued its Summary Order affirming the Court's order of summary judgment.  A copy of the Summary Order is attached as Exhibit 1.

The following is a detailed itemization of the costs incurred by Defendants that are taxable pursuant to D. Conn. L. Civ. R. 54.

### I.    Fees of the Court Reporter

Pursuant to Local Rule 54(c)(2)(ii), Defendants seek to recover costs incurred in connection with the depositions of Plaintiff Ernest Afam Ofoedu, Catherine Szenczy, Carol

Schuster, Faye Davis, Dee Currier, Garfield Gordon, Barnaby Jara and Subrata Basu which were necessarily obtained for preparation of the case and/or used in support of Defendants' Motion for Summary Judgment.

> A.    Deposition of Catherine Szenczy
>
> One copy of the deposition transcript of Catherine Szenczy conducted on August 19, 2005 used in support of Defendants' Motion for Summary Judgment.[1]
>
> 1.    August 19, 2005 Transcript:            **$ 702.50**
>
> B.    Deposition of Carol Schuster
>
> One copy of the deposition transcript of Carol Schuster conducted on November 11, 2005 used in support of Defendants' Motion for Summary Judgment.[2]
>
> 1.    November 11, 2005 Transcript:          **$ 635.00**
>
> C.    Deposition of Faye Davis
>
> One copy of the deposition transcript of Faye Davis conducted on November 9, 2005 used in support of Defendants' Motion for Summary Judgment.[3]
>
> 1.    November 9, 2005 Transcript:           **$ 439.40**

---

[1] A copy of the invoice for the deposition transcript of Catherine Szency conducted on August 19, 2005 is attached as Ex. 2.

[2] A copy of the invoice for the deposition transcript of Carol Schuster conducted on August 19, 2005 is attached as Ex. 3.

[3] A copy of the invoice for the deposition transcripts of Denise Currier (November 7 and 10, 2005), Barnaby Jara (November 9, 2005), Faye Davis (November 9, 2005) and Garfield Gordon (November 10, 2005) is attached as Ex. 4.

E.    Deposition of Dee Currier

One copy each of the deposition transcript of Dee Currier conducted on November 7, 2005 and November 10, 2005 used in support of Defendants' Motion for Summary Judgment. (Ex. 4.)

1.    November 7, 2005 Transcript:          **$ 254.80**
2.    November 10, 2005 Transcript:         **$ 267.80**

F.    Deposition of Garfield Gordon

One copy of the deposition transcript of Garfield Gordon conducted on November 10, 2005 necessarily obtained for the preparation of the case. (Ex. 4.)

1.    November 10, 2005 Transcript:         **$ 137.80**

G.    Deposition of Barnaby Jara

One copy of the deposition transcript of Barnaby Jara conducted on November 9, 2005 necessarily obtained for the preparation of the case. (Ex. 4.)

November 9, 2005 Transcript:             **$ 244.40**

H.    Deposition of Subrata Basu

1.    Original and one copy of the deposition transcript of Dr. Subrata Basu conducted on September 27, 2005 necessarily obtained for the preparation of the case.[4]

September 27, 2005 Transcript:      $277.50
2.    Appearance fee of court reporter:      50.00

**$ 327.50**

---

[4] A copy of the invoice for the deposition transcript of Dr. Subrata Basu conducted on September 22, 2005 is attached as Ex. 5.

3

3.    Service of Subpoena and witness fee for Dr. Subrata Basu.[5]

Service of Subpoena for September 27, 2005
deposition:                                              $   60.00
Witness fee for September 27, 2005 deposition:           $   40.00

## II.    Fees for Copies of Papers Necessarily Obtained for Use in the Case

Pursuant to Local Rule 54(c)(3)(iii), Defendants seek to recover costs incurred for copies of exhibits appended to Defendants' Motion for Summary Judgment.

204 copies at 10 cents per page:                         $   20.40

**TOTAL COSTS:**      **$3,129.60**

## III.    Conclusion

Defendants respectfully request that the foregoing costs be awarded to them consistent with Local Rule 54.  Counsel's Verification is attached hereto.

THE DEFENDANTS,
ST. FRANCIS HOSPITAL AND MEDICAL
CENTER, CATHERINE SZENCZY, and
CAROL SCHUSTER

By:    _____
Margaret J. Strange (ct 08212)
James F. Shea (ct 16750)
Jackson Lewis LLP
90 State House Square
8th Floor
Hartford, CT  06103
Tel. (860) 522-0404
Fax (860) 247-1330
E-mail:  strangem@jacksonlewis.com
E-mail:  sheaj@jacksonlewis.com

---

[5] A copy of the invoice for the service of a subpoena and witness fee of Dr. Subrata Basu is attached as Ex. 6.

4

## VERIFICATION

Pursuant to 28 U.S.C. § 1924, Margaret J. Strange hereby declares as follows:

1.    I am the authorized attorney for Defendants St. Francis Hospital and Medical Center, Catherine Szenczy and Carol Schuster and have knowledge of the facts concerning the costs incurred by Defendants in defending this matter.

2.    I have carefully reviewed Defendants' Verified Bill of Costs and verify that the items are correct, that the costs were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

3.    I have attached invoices for the court reporter fees and other fees associated with this Bill of Costs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008.

_____
James F. Shea

Signed and sworn to before me
this 15th day of July 2008.

_____
Notary Public
My Notary Commission Expires:

**ROSEANN M. BELANGER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2009

## CERTIFICATION OF SERVICE

I hereby certify that on July 15, 2008, a copy of the foregoing Defendants' Verified Bill of Costs was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Janice N. Mack
Johnson & Mack
29 West Main Street, Ste. 201
Meriden, CT 06450

Anthony C. Emengo
Attorney at Law
5475 Expressway Drive North
Holtsville, NY 11742


_____
James F. Shea

H:\Client Folder\S\St Francis Hospital\Ofoedu\USDC\Pld\Bill of Costs.doc
81391